```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  LIVIA R. MORALES, CA Bar #224504
    Staff Attorney
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JERRY BOB WOLVERTON
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAG. 05-175-PAN |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) |
| | ) |
| JERRY BOB WOLVERTON, | ) Date:  November 17, 2005 |
| | ) Time:  9:00 a.m. |
| Defendant. | ) Judge: Hon. Peter A. Nowinski |
| | ) |
| _____ | ) |

　　　IT IS HEREBY STIPULATED and agreed to between the United States of America through MATTHEW C. STEGMAN, Assistant United States Attorney, and defendant, JERRY BOB WOLVERTON, by and through his counsel, LIVIA R. MORALES, Staff Attorney, that the status conference set for October 13, 2005 at 9:00 a.m. be continued to November 17, 2005 at 9:00 a.m..

　　　This request is being made so defense counsel has reasonable time to prepare and investigate.

　　　Speedy trial time will be excluded from the date of this order through the date of the status conference set on November 17, 2005, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

///

```
DATED: October 5, 2005
                                    Respectfully submitted,

                                    QUIN DENVIR
                                    Federal Defender

                                    /s/ Livia R. Morales
                                    _____
                                    LIVIA R. MORALES
                                    Staff Attorney
                                    Attorney for Defendant
                                    JERRY BOB WOLVERTON

DATED: October 7, 2005
                                    McGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Matthew Stegman
                                    _____
                                    MATTHEW C. STEGMAN
                                    Assistant United States Attorney
```

**O R D E R**

The court finds that the interests of justice are best served and the public interest is protected by granting the continuance in the above-captioned matter. It is hereby ordered that the status conference will be continued to November 17, 2005 at 9:00 a.m.

Speedy trial time is hereby excluded from the date of this order through the date of the status conference set on November 17, 2005, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

IT IS SO ORDERED.

Dated: October 13, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge