```
1  DANIEL J. BRODERICK, Bar #89424
   Acting Federal Defender
2  LIVIA R. MORALES, CA Bar #224504
   Staff Attorney
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JERRY BOB WOLVERTON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 05-175-DAD |
| ) | |
| Plaintiff, ) | |
| ) | APPLICATION FOR TRANSPORTATION |
| v. ) | ORDER; ORDER FOR TRANSPORTATION |
| ) | |
| JERRY BOB WOLVERTON, ) | |
| ) | |
| Defendant. ) | Judge: Hon. Dale A. Drozd |
| ) | |
| _____ ) | |

Defendant JERRY BOB WOLVERTON hereby requests an order for transportation and subsistence costs pursuant to 18 U.S.C. § 4285.

Mr. Wolverton is unable to afford his own transportation from his residence in Redmond, Oregon to Sacramento, California for his change of plea hearing on April 4, 2006 at 10:00 a.m.

March 23, 2006                    Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Acting Federal Defender

                                  /s/ Livia R. Morales
                                  _____
                                  LIVIA R. MORALES
                                  Attorney for Defendant
                                  JERRY BOB WOLVERTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 05-175-DAD |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER RE: TRANSPORTATION |
| v. | ) | AND SUBSISTENCE PURSUANT |
| JERRY BOB WOLVERTON, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

TO:   UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

   This is to authorize and direct you to furnish the above named defendant, JERRY BOB WOLVERTON, with transportation from Redmond, Oregon to Sacramento, California for his change of plea hearing in the United States Magistrate Court for the Eastern District of California on April 4, 2006 at 10:00 a.m.  Mr. Wolverton will also need return transportation back to his residence after his change of plea hearing.

    This is authorized pursuant to 18 U.S.C. § 4285.

IT IS SO ORDERED.

DATED: March 23, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/wolverton0175.ord