DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
LIVIA R. MORALES, Bar #224504
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JERRY BOB WOLVERTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JERRY BOB WOLVERTON,<br><br>    Defendant. | ) CR.S. 05-175-DAD<br>)<br>)<br>) STIPULATION AND [PROPOSED] ORDER<br>)<br>)<br>) Date: April 18, 2006<br>) Time: 10:00 a.m.<br>) Judge: Hon. Dale A. Drozd<br>)<br>) |

   IT IS HEREBY STIPULATED and agreed to between the United States of America through CHRISTINE WATSON, Assistant United States Attorney, and defendant, JERRY BOB WOLVERTON, by and through his counsel, LIVIA R. MORALES, Staff Attorney, that the status conference/change of plea hearing set for April 4, 2006 be continued to April 18, 2006 at 10:00 a.m.   This request is being made so counsel has reasonable time to prepare and investigate, specifically in determining the mental health and competency of Mr. Wolverton and review the proposed plea agreement.
   Speedy trial time will be excluded from the date of this order through the date of the status conference/change of plea set on April 18,

2006 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

Dated: March 31, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Acting Federal Defender

/S/ Livia R. Morales
_____
LIVIA R. MORALES
Staff Attorney
Attorney for Defendant
JERRY BOB WOLVERTON

DATED: March 31, 2006

McGREGOR W. SCOTT
United States Attorney

/S/ Livia Morales for Christine Watson
_____
CHRISTINE WATSON
Assistant United States Attorney

O R D E R

It is hereby ordered that the status conference/change of plea hearing is now set for April 18, 2006 at 10:00 a.m.

Speedy trial time is hereby excluded from the date of this order through the date of the status conference/change of plea hearing set on April 18, 2006, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

IT IS SO ORDERED.

Dated: _March 31_, 2006

_____
HON. DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

2