DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
LIVIA R. MORALES, CA Bar #224504
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JERRY BOB WOLVERTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Cr.S. 05-175-DAD |
|---|---|
| Plaintiff, | ) |
| v. | ) APPLICATION FOR TRANSPORTATION ) ORDER; ORDER FOR TRANSPORTATION |
| JERRY BOB WOLVERTON, | ) |
| Defendant. | ) Judge: Hon. Dale A. Drozd |
| _____ | ) |

Defendant JERRY BOB WOLVERTON hereby requests an order for transportation and subsistence costs pursuant to 18 U.S.C. § 4285.

Mr. Wolverton is unable to afford his own transportation from his residence in Redmond, Oregon to Sacramento, California for his change of plea hearing on April 18, 2006 at 10:00 a.m.  It will be necessary

/ / /

/ / /

/ / /

/ / /

/ / /

1 | for Mr. Wolverton to arrive on April 17, 2006 in order to timely make
2 | his court hearing at 10:00 a.m.

DATED:  April 5, 2006              Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Acting Federal Defender

                                   /s/ Livia R. Morales
                                   _____
                                   LIVIA R. MORALES
                                   Attorney for Defendant
                                   JERRY BOB WOLVERTON

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 05-175-DAD |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER RE: TRANSPORTATION |
| v. | ) | AND SUBSISTENCE PURSUANT |
| JERRY BOB WOLVERTON, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

This is to authorize and direct you to furnish the above named defendant, JERRY BOB WOLVERTON, with transportation from Redmond, Oregon to Sacramento, California for his change of plea hearing in the United States Magistrate Court for the Eastern District of California on April 18, 2006 at 10:00 a.m.  It will be necessary for Mr. Wolverton to arrive in Sacramento, California on April 17, 2006 to timely make his court appearance on April 18, 2006.  Mr. Wolverton will also need return transportation back to his residence after his change of plea hearing.

This is authorized pursuant to 18 U.S.C. § 4285.

IT IS SO ORDERED.

DATED: April 5, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/wolverton0175.ord(2)

3