1 | DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
2 | LIVIA R. MORALES, Bar #224504
Staff Attorney
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

5 | Attorney for Defendant
JERRY BOB WOLVERTON

6

7

8 |                  IN THE UNITED STATES DISTRICT COURT

9 |               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 | UNITED STATES OF AMERICA,        ) CR.S. 05-0175-DAD
                                     )
13 |                   Plaintiff,     )
                                     ) STIPULATION AND ORDER
14 |        v.                        )
                                     )
15 | JERRY BOB WOLVERTON,             ) Date:  April 25, 2006
                                     ) Time:   10:00 a.m.
16 |                   Defendant.     ) Judge: Hon. Dale A. Drozd
                                     )
17 | _____ )

18

19 |      IT IS HEREBY STIPULATED and agreed to between the United States of

20 | America through CHRISTINE WATSON, Assistant United States Attorney, and

21 | defendant, JERRY BOB WOLVERTON, by and through his counsel, LIVIA R.

22 | MORALES, Staff Attorney, that the status conference/change of plea

23 | hearing set for April 18, 2006 be continued to April 25, 2006 at 10:00

24 | a.m.   This request is being made because the court requested this case

25 | to be continued one week to April 25, 2006.  Counsel will also need

26 | reasonable time to prepare and investigate, specifically in determining

27 | the mental health and competency of Mr. Wolverton and review the proposed

28 | plea agreement.

1    Speedy trial time will be excluded from the date of this order

2  through the date of the status conference/change of plea set on April 25,

3  2006 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to

4  prepare] (Local Code T4).

5  Dated: April 17, 2006

                                        Respectfully submitted,
6
                                        DANIEL J. BRODERICK
7                                       Acting Federal Defender

8                                       /S/ Livia R. Morales

9                                       _____
                                        LIVIA R. MORALES
                                        Staff Attorney
10                                      Attorney for Defendant
                                        JERRY BOB WOLVERTON
11
DATED: April 17, 2006
12                                      McGREGOR W. SCOTT
                                        United States Attorney
13
                                        /S/ Livia Morales for Christine Watson
14
                                        _____
                                        CHRISTINE WATSON
15                                      Assistant United States Attorney

16
                                **O R D E R**
17
     It is hereby ordered that the status conference/change of plea
18
  hearing is now set for April 25, 2006 at 10:00 a.m.
19
     Speedy trial time is hereby excluded from the date of this order
20
  through the date of the status conference/change of plea hearing set on
21
  April 25, 2006, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable
22
  time to prepare] (Local Code T4).
23
  IT IS SO ORDERED.
24
  DATED: April 19, 2006.
25

26

27                                      _____
                                        DALE A. DROZD
28                                      UNITED STATES MAGISTRATE JUDGE
   Ddad1/orders/criminal/wolverton0175

                                2