DANIEL J. BRODERICK, Bar #89424
Federal Defender
LIVIA R. MORALES, CA Bar #224504
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JERRY BOB WOLVERTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 05-175-DAD |
| ) Plaintiff, ) | |
| ) v. ) | APPLICATION FOR TRANSPORTATION ORDER; ORDER FOR TRANSPORTATION |
| ) JERRY BOB WOLVERTON, ) | |
| ) Defendant. ) ) _____ ) | Judge: Hon. Dale A. Drozd |

Defendant JERRY BOB WOLVERTON hereby requests an order for transportation and subsistence costs pursuant to 18 U.S.C. § 4285.

Mr. Wolverton is unable to afford his own transportation from his residence in Redmond, Oregon to Sacramento, California for his sentencing hearing on August 1, 2006 at 10:00 a.m.  It will be necessary for Mr. Wolverton to arrive on July 31, 2006 in order to timely make his court appearance on August 1, 2006 at 10:00 a.m.

Dated:  July 10, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Livia R. Morales

_____
LIVIA R. MORALES
Attorney for Defendant
JERRY BOB WOLVERTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                      )<br>              Plaintiff,                  )<br>                                                      )<br>      v.                                          )<br>JERRY BOB WOLVERTON,            )<br>                                                      )<br>                                                      )<br>              Defendant.              )<br>                                                      )<br>_____) | Cr.S. 05-175-DAD<br><br>ORDER RE: TRANSPORTATION<br>AND SUBSISTENCE PURSUANT |

TO:   UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

This is to authorize and direct you to furnish the above named defendant, JERRY BOB WOLVERTON, with transportation from Redmond, Oregon to Sacramento, California for his change of plea hearing in the United States Magistrate Court for the Eastern District of California on August 1, 2006 at 10:00 a.m.  It will be necessary for Mr. Wolverton to arrive on July 31, 2006 in order to timely make his court appearance on August 1, 2006 at 10:00 a.m.   Mr. Wolverton will also need return transportation back to his residence after his sentencing hearing.

This is authorized pursuant to 18 U.S.C. § 4285.

IT IS SO ORDERED.

DATED: July 11, 2006.

*Dale A. Drozd*
DALE A. DRCZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/wolverton0175.ord.travel

2